IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MATTHEW A. PEQUIGNOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-CV-00897-LMB-TCB |
| | ) | |
| SOLO CUP COMPANY, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## SOLO CUP COMPANY'S MOTION TO DISMISS
## FOR LACK OF SUBJECT MATTER JURISDICTION
## PURSUANT TO FED. R. CIV. P. 12(b)(1)

Defendant Solo Cup Company ("Solo Cup") hereby moves to dismiss Plaintiff Matthew A. Pequignot's Amended Complaint for False Patent Marking for the reasons set forth in its Memorandum In Support Of The Motion To Dismiss For Lack Of Subject Matter Jurisdiction Pursuant To Fed. R. Civ. P. 12(b)(1).

                                Respectfully submitted,

Dated: March 21, 2008          /s/ Mary C. Zinsner
Mary C. Zinsner, Esquire
Virginia bar number 31397
Attorney for Solo Cup Company
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, VA 22102
Telephone: 703-734-4363
Fax: 703-734-4340
mary.zinsner@troutmansanders.com

James R. Sobieraj, Esquire
Jason C. White, Esquire
Laura Lydigsen, Esquire
BRINKS HOFER GILSON & LIONE
NBC Tower-Suite 2500
455 N. Cityfront Plaza Dr.
Chicago, IL 60611
Telephone: 312-321-4200
Fax: 312-321-4299
jsobieraj@usebrinks.com
jwhite@usebrinks.com
llydigsen@usebrinks.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2008, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF). And I hereby certify that I will electronically mail and mail the document by U.S. mail to the following non-filing user:

>Matthew A. Pequignot, *Pro Se*
>1636 R Street, NW
>Third Floor
>Washington, D.C. 20009
>Telephone: (202) 328-1200
>Facsimile: (202) 328-2219
>mpequignot@pmiplaw.com
>
>*Plaintiff*

>/s/ Mary C. Zinsner
>Mary C. Zinsner, Esquire
>Virginia bar number 31397
>Attorney for Solo Cup Company
>TROUTMAN SANDERS LLP
>1660 International Drive, Suite 600
>McLean, VA 22102
>Telephone: 703-734-4363
>Fax: 703-734-4340
>mary.zinsner@troutmansanders.com