IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MATTHEW A. PEQUIGNOT,        )
                             )
        Plaintiff,           )
                             )
v.                           )    1:07cv897 (LMB/TCB)
                             )
SOLO CUP COMPANY,            )
                             )
        Defendant.           )

ORDER

For the reasons stated in open court and in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's Motion to Dismiss for Failure to State a Claim [9] be and is DENIED.

Entered this 24th day of March, 2008.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia