**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **MATTHEW A. PEQUIGNOT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No. 1:07-cv-00897-LMB-TCB |
| | ) | |
| **SOLO CUP COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNITED STATES' REPORT TO THE COURT

The United States respectfully reports to the Court that our opening brief contained two citations to statutes that have been moved within the United States Code. On page 8, footnote 6 of our initial brief, we cite to a statute that relates to Florida undersea treasure. The previous cite for this statute was 46 U.S.C. § 723. This statute is now found at 46 U.S.C. § 80103(b). The second cite is to the Miller Act on page 21, which has been recodified. It is no longer at 40 U.S.C. § 270b(3)(A); it is now found at 40 U.S.C. § 3133(b). We apologize to the Court for these errors.

Respectfully submitted,

MICHAEL HERTZ
Acting Assistant Attorney General

DANA BONETE
Acting United States Attorney


_____/s/_____
STEVEN E. GORDON
Assistant United States Attorneys
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

       Telephone: 703-299-3817
       Steve.Gordon@usdoj.gov


       _____/s/_____
       JOYCE R. BRANDA
       DOUGLAS N. LETTER
       MICHAEL D. GRANSTON
       GORDON A. JONES
       Civil Division, U.S. Department of Justice
       Post Office Box 261, Ben Franklin Station
       Washington, D.C.  20044
       Telephone:  (202) 307-0473
       gordon.jones@usdoj.gov
       Attorneys for United States of America

DATED: