Date: 7/02/09

JUDGE: **BRINKEMA**
REPORTER: Thomson

Start: 10:05
Finish: 10:57

Civil Action Number: 1:07cv897

Matthew A. Pequignot

VS.

Solo Cup Company et al

Deft's [ ]
Pltf's [ ] Motion to/for:
Pltf motion for Protective Order
Deft motion for Summary Judgment

Argued &
Granted [ ]  Denied [ ]  Granted in part/Denied in part [ ]  Continued [ ]
Taken Under Advisement [✓]

motions held in abeyance
Δ motion f/ Summary Judgment - granted
π motion f/ partial Summary Judgment - denied