

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MATTHEW A. PEQUIGNOT,       ) | |
|            )        | |
|     Plaintiff,  )       | |
|            )        | |
|     v.     )        | 1:07cv897 (LMB/TCB) |
|            )        | |
| SOLO CUP COMPANY,      ) | |
|            )        | |
|     Defendant. )        | |

## ORDER

For the reasons stated in open court, to be fully explained in a memorandum opinion, defendant's Motion for Summary Judgment [165] is GRANTED, plaintiff's Motion for Partial Summary Judgment [183] is DENIED, and it is hereby

ORDERED that the jury trial scheduled to begin on July 27, 2009 be and is cancelled.

For the reasons stated in open court, the pending motions to seal [162, 168, 186, 190, 197] are HELD IN ABEYANCE pending further order of the Court, and it is hereby

ORDERED that by July 16, 2009, defendant advise the Court as to any sealed documents, whether filed by plaintiff or defendant,[1] for which it still seeks sealing, and a specific justification for maintaining the seal.

The Clerk is directed not to enter judgment pursuant to Fed.

---

[1] Although plaintiff has moved to file certain documents under seal pursuant to an agreed protective order, only defendant desires that the items be sealed; accordingly, defendant bears the burden of demonstrating good cause for sealing.

R. Civ. P. 58 until the memorandum opinion is issued, and to forward copies of this Order to counsel of record.

Entered this 2ND day of July, 2009.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge