✎AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

MATTHEW A. PEQUIGNOT  )
)
v.  )   Case No.: 1:07-cv-897-LMB-TCB
)
SOLO CUP COMPANY  )
)

**Bill of Costs**

Judgment having been entered in the above entitled action  08/26/2009  against  Matthew A. Pequignot  ,
                                                         Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................ | $ 250.00 |
| Fees for service of summons and subpoena ................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 15,986.19 |
| Fees and disbursements for printing .................................... | |
| Fees for witnesses (itemize on page two) ................................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | |
| Docket fees under 28 U.S.C. 1923 ..................................... | |
| Costs as shown on Mandate of Court of Appeals ........................... | |
| Compensation of court-appointed experts ................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ......................................... | |
| TOTAL | $ 16,236.19 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**Declaration**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  /s/ Mohsin Reza

Name of Attorney:  Mohsin Reza, Virginia State Bar No. 75347

For: Solo Cup Company                        Date:  09/09/2009
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
Clerk of Court             Deputy Clerk             Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# INVOICE

Merrill Legal Solutions
1325 G Street NW
Second Floor
Washington, DC 20005
Phone:800-735-6005   Fax:866-225-4066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 502138 | 6/30/2009 | 25501936 |
| Job Date | Case No. | |
| 6/2/2009 | | |
| Case Name | | |
| Pequignot -v- Solo Cup Company | | |
| Payment Terms | | |
| Immediate; sold FOB Merrill Facility | | |

Robert W. Unikel, Esquire
Howrey, LLP
321 North Clark St.
Suite 3400
Chicago, IL 60654

Videography Services for the Depo of:
   Matthew Pequignot
      First Hour                                                        250.00
      Subsequent Hours              9.00 Hours              765.00
      CD/DVD                        7.00 Hours              525.00
                                    **TOTAL DUE >>>**        **$1,540.00**

Thank you for choosing Merrill Corporation - Global Coverage and Local Support

**PLEASE MAKE CHECKS PAYABLE TO:**

LegaLink, Inc. - A Merrill Company
P.O. Box 630484
Baltimore, MD 21263

Tax ID No.: 20-2665382

Tax ID: 20-2665382                                    Phone: (312) 595-1239   Fax:(312) 595-2250

*Please detach bottom portion and return with payment.*

Robert W. Unikel, Esquire
Howrey, LLP
321 North Clark St.
Suite 3400
Chicago, IL 60654

Job No.    : 25501936         BU ID        : 32-NOOTCV
Case No.   :
Case Name  : Pequignot -v- Solo Cup Company

Invoice No. : 502138          Invoice Date : 6/30/2009
Total Due   : $ 1,540.00

Remit To:  Merrill Legal Solutions
           P.O. Box 630484
           Baltimore, MD 21263

**PAYMENT WITH CREDIT CARD**   AMEX  [ ]  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

Merrill Legal Solutions
1325 G Street NW
Second Floor
Washington, DC 20005
Phone:800-735-6005   Fax:866-225-4066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 502094 | 6/18/2009 | 25501935 |
| Job Date | Case No. | |
| 6/2/2009 | | |

**Case Name**

Pequignot -v- Solo Cup Company

**Payment Terms**

Immediate; sold FOB Merrill Facility

Robert W. Unikel, Esquire
Howrey, LLP
321 North Clark St.
Suite 3400
Chicago, IL 60654

EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
   Matthew Pequignot                                    395.00 Pages         2,804.50
      Scanning Exhibits                                  131.00 Pages            52.40
      LEF/SBF File                                                                   20.00
      OVERNIGHT/MESSENGER DELIVERY                              25.00

                                                         TOTAL DUE >>>      $2,901.90

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
Thank you for choosing LegaLink - A Merrill Company. We appreciate your business.

Tax ID: 20-2665382                                             Phone: (312) 595-1239    Fax:(312) 595-2250

*Please detach bottom portion and return with payment.*

Robert W. Unikel, Esquire
Howrey, LLP
321 North Clark St.
Suite 3400
Chicago, IL 60654

Job No.    : 25501935         BU ID      : 31-NOOTCR
Case No.   :
Case Name  : Pequignot -v- Solo Cup Company

Invoice No.  : 502094         Invoice Date :6/18/2009
**Total Due  : $ 2,901.90**

Remit To: **Merrill Legal Solutions**
          **P.O.Box 630484**
          **Baltimore, MD 21263**

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:
Card Number:
Exp. Date:                     Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:



Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
*an Alexander Gallo Company*

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ63015

| Invoice Date | Terms |
|---|---|
| 06/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL, ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/03/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 57557 | 06/09/2009 | F-P-O |

**Description**

Copy Transcript of KIMBERLY HEALY

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*3-DAY EXPEDITE*

**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,120.70 |
| Paid: | $ 0.00 |
| Balance Due: | $ 2,120.70 |
| Payment Due: | 08/01/2009 |

After 08/16/2009 Pay This Amount:   $ 2,332.77

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ63015
Invoice Date: 06/30/2009
Balance: $ 2,120.70
Due Date: 08/01/2009
Late Date: 08/16/2009
Late Amount: $ 2,332.77

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number        Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000063015 06302009 7 000212070 3 08012009 08162009 6 000233277 33




**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # EQ54985



| Invoice Date | Terms |
|---|---|
| 06/05/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL, ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/22/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 53804 | 06/02/2009 | F-P-O |

| Description | Amount |
|---|---|
| Copy Transcript of DOUGLAS EVELEIGH | |
|   CONDENSED TRANSCRIPT | $ 0.00 |
|   COPY OF TRANSCRIPT - VIDEO | $ 0.00 |
|   EXHIBITS | $ 828.30 |
|   LITIGATION SUPPORT CD-ROM | $ 57.00 |
| | $ 20.00 |
| | $ 905.30 |
| DELIVERY - OTHER | $ 33.78 |
| | $ 33.78 |

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
JOB LOCATION: CHICAGO, IL

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITE RATE

THANK YOU

Tax Number: 22-3779684

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 939.08 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 939.08** |
| **Payment Due:** | **07/05/2009** |
| After 07/20/2009 Pay This Amount: | $ 1,032.99 |

---

### Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ54985
Invoice Date: 06/05/2009
Balance: $ 939.08
Due Date: 07/05/2009
Late Date: 07/20/2009
Late Amount: $ 1,032.99

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized _____

Credit Card Number [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]  Exp. Date [ ][ ][ ][ ]

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number _____

Print Name (as it appears on your credit card) _____

Signature (as it appears on your credit card) _____

Remit to: Esquire  PO Box 1518,  New York NY 10008-1518

059 0000054985 06052009 3 000093908 5 07052009 07202009 9 000103299 82

Page 1 of 2

**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ62798

| Invoice Date | Terms |
|---|---|
| 06/30/2009 | NET 30 |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 55320 | 06/02/2009 | F-P-O |

| Description | Amount |
|---|---|
| Copy Transcript of STEPHEN SMITH | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| COPY OF TRANSCRIPT - VIDEO | $ 903.80 |
| EXHIBITS | $ 63.75 |
| VIDEO | $ 50.00 |
| LITIGATION SUPPORT CD-ROM | $ 20.00 |
| ROUGH DISK | $ 280.80 |
| | $ 1,318.35 |

### CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779684

**Method of Payment**

Company: Esquire - Washington DC
Invoice Number: EQ62798
Invoice Date: 06/30/2009
Balance: $ 1,350.55
Due Date: 08/01/2009
Late Date: 08/16/2009
Late Amount: $ 1,485.61

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000062798 06302009 9 000135055 9 08012009 08162009 6 000148561 80



Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ62798

| Invoice Date | Terms |
|---|---|
| 06/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |



ROBERT UNIKEL ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 55320 | 06/02/2009 | F-P-O |

| Description | Amount |
|---|---|
| DELIVERY - OTHER | $ 32.20 |
| | $ 32.20 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*4-DAY EXPEDITE RATE*

THANK YOU

Tax: $ 0.00
Amount Due: $ 1,350.55
Paid: $ 0.00

| Balance Due : | $ 1,350.55 |
|---|---|
| Payment Due: | 08/01/2009 |

After 08/16/2009 Pay This Amount: $ 1,485.61

ax Number:  22-3779684

**Method of Payment**

Company: Esquire - Washington DC
Invoice Number: EQ62798
Invoice Date: 06/30/2009
Balance: $ 1,350.55
Due Date: 08/01/2009
Late Date: 08/16/2009
Late Amount: $ 1,485.61

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059  0000062798  06302009  9  000135055  9  08012009  08162009  6  000148561  80


**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # EQ55018

| Invoice Date | Terms |
|---|---|
| 06/05/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL, ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/20/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 53802 | 06/01/2009 | F-P-O |

| Description |
|---|

Copy Transcript of STEPHEN SMITH

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
**JOB LOCATION: CHICAGO, IL**

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 5-DAY EXPEDITE RATE

THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,113.03 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,113.03 |
| Payment Due: | 07/05/2009 |

After 07/20/2009 Pay This Amount: $ 1,224.33

Tax Number: 22-3779684

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
Credit Card Number    Exp. Date

Company: Esquire - Washington DC
Invoice Number: EQ55018
Invoice Date: 06/05/2009
Balance: $ 1,113.03
Due Date: 07/05/2009
Late Date: 07/20/2009
Late Amount: $ 1,224.33

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059  0000055018  06052009  9  000111303  4  07052009  07202009  9  000122433  09



**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ52801

| Invoice Date | Terms |
|---|---|
| 05/29/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JASON WHITE, ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 53803 | 05/27/2009 | COURIER |

**Description**

Copy Transcript of MATTHEW BANACH
Copy Transcript of RAJENDRA CHAUHAN

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
**JOB LOCATION: CHICAGO, IL**

**PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITE RATE**

**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,167.75 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 1,167.75** |
| **Payment Due:** | **06/28/2009** |

After 07/13/2009 Pay This Amount: $ 1,284.53

Tax Number: 22-3779684

---

**Method of Payment**

Company: Esquire - Washington DC
Invoice Number: EQ52801
Invoice Date: 05/29/2009
Balance: $ 1,167.75
Due Date: 06/28/2009
Late Date: 07/13/2009
Late Amount: $ 1,284.53

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized _____
Credit Card Number ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐  Exp. Date ☐☐☐☐

Daytime Phone Number _____

Print Name (as it appears on your credit card) _____

Signature (as it appears on your credit card) _____

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000052801 05292009 3 000116775 2 06282009 07132009 9 000128453 23




Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # EQ52801

| Invoice Date | Terms |
|---|---|
| 05/29/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JASON WHITE ,ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 25928 | 05/27/2009 | COURIER |

**Description**

Copy Transcript of MATTHEW BANACH
Copy Transcript of RAJENDRA CHAUHAN

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
**THANK YOU**

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,698.35 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,698.35** |
| **Payment Due:** | **06/28/2009** |

After 07/13/2009 Pay This Amount:   $ 1,868.19

Tax Number: 22-3779684

---

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                     Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Company: Esquire - Washington DC
Invoice Number: EQ52801
Invoice Date: 05/29/2009
Balance: $ 1,698.35
Due Date: 06/28/2009
Late Date: 07/13/2009
Late Amount: $ 1,868.19

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000052801 05292009 3 000169835 3 06282009 07132009 9 000186819 79



**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ54307

| Invoice Date | Terms |
|---|---|
| 05/31/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL, ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/07/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 50008 | 05/11/2009 | F-P-O |

**Description**

Copy Transcript of LINDA KUCZMA

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*1-DAY EXPEDITE*

**THANK YOU**

Tax: $ 0.00
Amount Due: $ 1,475.20
Paid: $ 0.00

| Balance Due : | $ 1,475.20 |
|---|---|
| Payment Due: | 07/04/2009 |

After 07/19/2009 Pay This Amount:   $ 1,622.72

Tax Number: 22-3779684

---

**Method of Payment**

Company: Esquire - Washington DC
Invoice Number: EQ54307
Invoice Date: 05/31/2009
Balance: $ 1,475.20
Due Date: 07/04/2009
Late Date: 07/19/2009
Late Amount: $ 1,622.72

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000054307 05312009 3 000147520 0 07042009 07192009 6 000162272 55


**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # EQ53559

| Invoice Date | Terms |
|---|---|
| 05/31/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL, ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/06/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 25928 | 05/08/2009 | F-P-O |

| Description |
|---|

Copy Transcript of ROBERT DIEHL

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*JOB LOCATION: CHICAGO, IL*

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITE RATE

THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 906.68 |
| Paid: | $ 0.00 |
| Balance Due : | $ 906.68 |
| Payment Due: | 07/01/2009 |

After 07/16/2009 Pay This Amount:   $ 997.35

Tax Number: 22-3779684

### Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number    Exp. Date

Company: Esquire - Washington DC
Invoice Number: EQ53559
Invoice Date: 05/31/2009
Balance: $ 906.68
Due Date: 07/01/2009
Late Date: 07/16/2009
Late Amount: $ 997.35

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

059 0000053559 05312009 5 000090668 8 07012009 07162009 8 000099735 55

IN ACCOUNT WITH

T‌ROUTMAN S‌ANDERS LLP
ATTORNEYS AT LAW

Invoice Date 04/11/08
Invoice Number 907273
File No. 231988.000001
Page 3

Solo Cup Company
advs. Matthew A. Pequignot

**FOR COSTS AND EXPENSES INCURRED THROUGH 03/31/08**

| Date | Description | Amount |
|---|---|---|
| 03/11/08 | Outside Courier Services | 22.58 |
| 03/11/08 | Outside Courier Services | 18.02 |
| 03/05/08 | Transcript Cost | 157.60 |
| | Total: | 198.20 |

Total Fees & Costs:  $3,398.20

IN ACCOUNT WITH

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 06/02/09
Invoice Number 1201759
File No. 231988.000001
Page 4

Solo Cup Company
advs. Matthew A. Pequignot



**FOR COSTS AND EXPENSES INCURRED THROUGH 06/02/09**

| Date | Description | Amount |
|---|---|---:|
| 06/02/09 | Filing Fees | 50.00 |
| 06/01/09 | Outside Courier Services | 115.80 |
| 06/01/09 | Outside Courier Services | 112.26 |
| 05/19/09 | Transcript Cost | 52.00 |
| | Total: | 330.06 |

Total Fees & Costs:  $16,366.06

IN ACCOUNT WITH


TROUTMAN SANDERS LLP
ATTORNEYS AT LAW

Invoice Date 07/20/09
Invoice Number 1209943
File No. 231988.000001
Page 4

Solo Cup Company
advs. Matthew A. Pequignot

**FOR COSTS AND EXPENSES INCURRED THROUGH 06/30/09**

| Date | Description | Amount |
|---|---|---:|
| 06/18/09 | Computer Research | 8.66 |
| 06/18/09 | Computer Research | 8.66 |
| 06/18/09 | Computer Research | 94.51 |
| 06/15/09 | Outside Courier Services | 92.19 |
| 06/15/09 | Transcript Cost | 135.05 |
| | Total: | 339.07 |

Total Fees & Costs:   $11,342.07

IN ACCOUNT WITH

**TROUTMAN SANDERS LLP**
ATTORNEYS AT LAW

Invoice Date 08/13/09
Invoice Number 1217818
File No. 231988.000001
Page 3

Solo Cup Company
advs. Matthew A. Pequignot

**FOR COSTS AND EXPENSES INCURRED THROUGH 07/31/09**

| Date | Description | Amount |
|---|---|---:|
| 07/13/09 | Computer Research | 2.50 |
| 07/13/09 | Computer Research | 41.52 |
| 07/13/09 | Computer Research | 4.99 |
| 07/13/09 | Computer Research | 14.97 |
| 07/13/09 | Computer Research | 33.53 |
| 06/30/09 | Outside Courier Services | 17.64 |
| 07/23/09 | Search Costs | 66.56 |
| 07/02/09 | Transcript Cost | 29.00 |
| 07/03/09 | Transcript Cost | 181.50 |
| 07/13/09 | Transcript Cost | 217.80 |
| | Total: | 610.01 |

Total Fees & Costs:     $4,370.01

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006203
Cashier ID: fcansler
Transaction Date: 01/24/2008
Payer Name: TROUTMAN SANDERS LLP

PRO HOC VICE
 For: TROUTMAN SANDERS LLP
 Case/Party: D-VAE-1-08-CR-PROHAC-001
 Amount:       $150.00

CHECK
 Check/Money Order Num: 435595
 Amt Tendered: $150.00

Total Due:       $150.00
Total Tendered: $150.00
Change Amt:     $0.00

07-CV-897


LAURA LYDIGSEN

JASON CHRISTOPHER WHITE

JAMES R SOBIERAJ
```

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006375
Cashier ID: fcansler
Transaction Date: 02/01/2008
Payer Name: TROUTMAN SANDERS LLP

PRO HAC VICE
 For: TROUTMAN SANDERS LLP
 Case/Party: D-VAE-1-08-CR-PRDHAC-001
 Amount:      $50.00

CHECK
 Check/Money Order Num: 436992
 Amt Tendered: $50.00

Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:       $0.00

07-CV-897   PRDHAC

DOUGLAS H EVELEIGH
```

```
Court Name: United States District Court
Division: 1
Receipt Number: 14683006382
Cashier ID: rbroaden
Transaction Date: 06/03/2009
Payer Name: ROBERT UNIKEL
-----------------------------------
PRO HAC VICE
 For: ROBERT UNIKEL
 Case/Party: D-VAE-1-09-CR-PROHAC-001
 Amount:       $50.00
-----------------------------------
CHECK
 Remitter: TROUTMAN SANDERS
 Check/Money Order Num: 476683
 Amt Tendered: $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered: $50.00
Change Amt:      $0.00

PRO HAC VICE
107CV897
ROBERT UNIKEL
```