IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| _____ | ) |
| | ) |
| MATTHEW A. PEQUIGNOT, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )     1:07cv897 (LMB/TCB) |
| | ) |
| SOLO CUP COMPANY, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS**

Plaintiff, Matthew A. Pequignot, hereby objects to Defendant Solo Cup Company's ("Solo'"s) Bill of Costs.  Mr. Pequignot states the grounds for his objections to Solo's Bill of Costs in his Opposition to Defendant Solo Cup Company's Motion to Declare This An Exceptional Case and For Attorney Fees And/Or Costs [D.E. 228], at page 1 and pages 25 through 30, which are incorporated herein by reference.

Dated:  September 21, 2009            Respectfully submitted,

                                                    /s/ Ellen D. Marcus_____
                                                    Ellen D. Marcus
                                                    Virginia Bar. No. 44314
                                                    Carl S. Kravitz (admitted *pro hac vice*)
                                                    Jane M. Ricci (admitted *pro hac vice*)
                                                    ZUCKERMAN SPAEDER LLP
                                                    1800 M Street, N.W., Suite 1000
                                                    Washington, D.C. 20036
                                                    (202) 778-1800 (telephone)
                                                    (202) 822-8106 (facsimile)
                                                    emarcus@zuckerman.com
                                                    ckravitz@zuckerman.com
                                                    jricci@zuckerman.com

Mia K. Poston
Virginia Bar No. 68548
Pequignot + Myers, LLC
1636 R Street, N.W., Third Floor
Washington D.C.  20009
(202) 328-1200 (telephone)
(202) 328-2219 (facsimile)
mposton@pmiplaw.com

*Attorneys for Plaintiff Matthew A. Pequignot*

## CERTIFICATE OF SERVICE

I certify that on September 21, 2009, I electronically filed Plaintiff's Objections to

Defendant's Bill of Costs with the Clerk of Court using the CM/ECF system, which will

send notification of such filing to the counsel of record in this matter who are registered

on the CM/ECF.

/s/ Ellen D. Marcus_____
Ellen D. Marcus
Virginia Bar. No. 44314
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800 (telephone)
(202) 822-8106 (facsimile)
emarcus@zuckerman.com