IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MATTHEW A. PEQUIGNOT,  )
       Plaintiff, )
       v. ) 1:07cv897 (LMB/TCB)
SOLO CUP COMPANY, )
       Defendant. )

### ORDER

For the reasons stated in open court, defendant's Motion to Declare this an Exceptional Case and for Attorney's Fees and/or Costs Pursuant to 35 U.S.C. § 285, Federal Rule of Civil Procedure 54(d), Local Rule 54(D) and 28 U.S.C. § 1920 [Dkt. 215] is DENIED as to the request to declare this an exceptional case and as to the request for attorney's fees pursuant to 35 U.S.C. § 285 and is DENIED in part and GRANTED in part as to the request for necessary and reasonable costs under Fed. R. Civ. P. 54(d), Local Rule 54(D), and 28 U.S.C. § 1920, and it is hereby

ORDERED that the defendant resubmit its Bill of Costs in accordance with the Court's ruling today.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29th day of September, 2009.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge