# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| Matthew A. Pequignot | ) |
| v. | ) |
| Solo Cup Company | ) Case No.: 1:07-cv-897-LMB-TCB |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   <u>08/26/2009</u>   against   <u>Matthew A. Pequignot</u>   ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk ................................................................ | $ | 250.00 |
| Fees for service of summons and subpoena ................................................ | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | | 10,334.84 |
| Fees and disbursements for printing ...................................................... | | |
| Fees for witnesses *(itemize on page two)* ................................................. | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case............................................... | | |
| Docket fees under 28 U.S.C. 1923 ....................................................... | | |
| Costs as shown on Mandate of Court of Appeals ........................................... | | |
| Compensation of court-appointed experts ................................................. | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | |
| Other costs *(please itemize)* ........................................................... | | |
| TOTAL | $ | 10,584.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service       ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    /s/ Mohsin Reza _____

Name of Attorney:    Mohsin Reza, Virginia State Bar No. 75347

For: _____<u>Solo Cup Company</u>_____    Date:    09/30/2009
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*      *Deputy Clerk*      *Date*

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## SOLO CUP'S REVISED COURT TRANSCRIPT COSTS

| Date | Original Cost | Ordinary Transcript Rate (per page) | Pages | Revised Cost |
|------|------|------|------|------|
| 07/02/2009 Invoice # 20090111 .pdf file of Judge Brinkema's bench ruling | $29.00 | $3.65 | 4 | $14.60 |
| 07/02/2009 Invoice # 20090112 .pdf file of motions hearing before Judge Brinkema | $181.50 | $3.65 | 30 | $109.50 |
| 01/30/2009 Invoice # 20090020 .pdf file of hearing transcript before Judge Brinkema | $217.80 | $3.65 | 36 | $131.40 |

## SOLO CUP'S EXPEDITED FEES FOR TRANSCRIPTS

| Deponent | Expedited Fee (per page) | # of Pages | Total Expedited Fee |
|---|---|---|---|
| Diehl<br>Invoice # EQ53559 | 0.65<br>(2 day expedited rate) | 239 | $155.35 |
| Kuczma<br>Invoice # EQ54307 | 0.75<br>(1 day expedited rate) | 235 | $176.25 |
| Banach<br>Invoice # EQ52801 | 0.60<br>(3 day expedited rate) | 177 | $106.20 |
| Chauhan<br>Invoice # EQ52801 | 0.60<br>(3 day expedited rate) | 128 | $76.80 |
| Healy<br>Invoice # EQ63015 | 0.60<br>(3 day expedited rate) | 270 | $162.00 |
| Eveleigh<br>Invoice # EQ54985 | 0.50<br>(4 day expedited rate) | 262 | $131.00 |
| Smith<br>Invoice # EQ55018 | 0.45<br>(5 day expedited rate) | 309 | $139.05 |
| Smith<br>Invoice # EQ62798 | 0.50<br>(4 day expedited rate) | 180 | $90.00 |

**TOTAL EXPEDITED FEES = $1,036.65**

## Hodgson, Alissa

**From:** Sandi Mahan [SMahan@esquiresolutions.com]
**Sent:** Tuesday, September 29, 2009 2:56 PM
**To:** Hodgson, Alissa
**Subject:** Pequignot vs. Solo

Elissa –

This were taken in Chicago and charged at Chicago rates. The chart below shows the amount per page to expedite each transcript. This amount is a surcharge added to the regular $2.80 per page for a video copy of a depo.

| | | |
|---|---|---|
| EQ53559 = | $ .65 | 2 day Video |
| EQ54307= | $. 75 | 1 day Video |
| EQ52801= | $ .60 | 3 day Video |
| EQ63015= | $.60 | 3 day Video |
| EQ54985= | $.50 | 4 day Video |
| EQ55018= | $.45 | 5 day Video |
| EQ62798= | $.50 | 4 day Video |

If you have any further questions, please let me know.

Best regards,

**Sandi Mahan**
**Operations Manager**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**Esquire Solutions**
**An Alexander Gallo Company**
1020 19th Street NW
Suite 620
Washington, DC 20036
Telephone 202-429-0014 x 70028
FAX 202-296-8652
Toll Free 800-441-3376

www.esquiresolutions.com

 ESQUIRE

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

9/30/2009


**ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ53559

| Invoice Date | Terms |
|---|---|
| 05/31/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/06/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 25928 | 05/08/2009 | F-P-O |

| Description |
|---|

Copy Transcript of ROBERT DIEHL

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*JOB LOCATION: CHICAGO, IL*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITE RATE*

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 906.68 |
| Paid: | $ 0.00 |
| **Balance Due** | **$ 906.68** |
| **Payment Due:** | **07/01/2009** |

After 07/16/2009 Pay This Amount: $ 997.35

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ53559
Invoice Date: 05/31/2009
Balance: $ 906.68
Due Date: 07/01/2009
Late Date: 07/16/2009
Late Amount: $ 997.35

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: **Esquire    PO Box 1518,    New York NY 10008-1518**

059 0000053559 05312009 5 000090668 8 07012009 07162009 8 000099735 55

 **ESQUIRE**
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ54307

| Invoice Date | Terms |
|---|---|
| 05/31/2009 | NET 30 |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/07/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 50008 | 05/11/2009 | F-P-O |

| Description |
|---|

Copy Transcript of LINDA KUCZMA

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*1-DAY EXPEDITE*

*THANK YOU*

| | |
|---|---:|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,475.20 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 1,475.20** |
| **Payment Due:** | **07/04/2009** |

After 07/19/2009 Pay This Amount: $ 1,622.72

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ54307
Invoice Date: 05/31/2009
Balance: $ 1,475.20
Due Date: 07/04/2009
Late Date: 07/19/2009
Late Amount: $ 1,622.72

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                    Exp. Date

☐ Check Enclosed

*Please Make Check Payable to Esquire*

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059 0000054307 05312009 3 000147520 0 07042009 07192009 6 000162272 55

 ESQUIRE

Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # EQ52801*

| Invoice Date | Terms |
|---|---|
| 05/29/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

JASON WHITE ,ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | EQ File | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 25928 | 05/27/2009 | COURIER |

| Description |
|---|

Copy Transcript of MATTHEW BANACH
Copy Transcript of RAJENDRA CHAUHAN

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,698.35 |
| Paid: | $ 0.00 |
| **Balance Due** | **$ 1,698.35** |
| **Payment Due:** | **06/28/2009** |

After 07/13/2009 Pay This Amount: $ 1,868.19

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ52801
Invoice Date: 05/29/2009
Balance: $ 1,698.35
Due Date: 06/28/2009
Late Date: 07/13/2009
Late Amount: $ 1,868.19

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                      Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059  0000052801  05292009  3  000169835  3  06282009  07132009  9  000186819  79





Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ52801

| Invoice Date | Terms |
|---|---|
| 05/29/2009 | NET 30 |

JASON WHITE ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 53803 | 05/27/2009 | COURIER |

| Description |
|---|

Copy Transcript of MATTHEW BANACH
Copy Transcript of RAJENDRA CHAUHAN

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*JOB LOCATION: CHICAGO, IL*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITE RATE*

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,167.75 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,167.75 |
| Payment Due: | 06/28/2009 |

After 07/13/2009 Pay This Amount: $ 1,284.53

Tax Number:  22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ52801
Invoice Date: 05/29/2009
Balance: $ 1,167.75
Due Date: 06/28/2009
Late Date: 07/13/2009
Late Amount: $ 1,284.53

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                      Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059 0000052801 05292009 3 000116775 2 06282009 07132009 9 000128453 23

 

Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ63015



| Invoice Date | Terms |
|---|---|
| 06/30/2009 | NET 30 |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/03/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 57557 | 06/09/2009 | F-P-O |

| Description |
|---|

Copy Transcript of KIMBERLY HEALY

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*3-DAY EXPEDITE*

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,120.70 |
| Paid: | $ 0.00 |
| Balance Due : | . $ 2,120.70 |
| Payment Due: | 08/01/2009 |

After 08/16/2009 Pay This Amount: $ 2,332.77

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ63015
Invoice Date: 06/30/2009
Balance: $ 2,120.70
Due Date: 08/01/2009
Late Date: 08/16/2009
Late Amount: $ 2,332.77

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                                      Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

059 0000063015 06302009 7 000212070 3 08012009 08162009 6 000233277 33

 ESQUIRE

Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ54985



| Invoice Date | Terms |
|---|---|
| 06/05/2009 | NET 30 |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/22/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 53804 | 06/02/2009 | F-P-O |

| Description | Amount |
|---|---|
| Copy Transcript of DOUGLAS EVELEIGH | |
| | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| COPY OF TRANSCRIPT - VIDEO | $ 828.30 |
| EXHIBITS | $ 57.00 |
| LITIGATION SUPPORT CD-ROM | $ 20.00 |
| | $ 905.30 |
| DELIVERY - OTHER | $ 33.78 |
| | $ 33.78 |

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
JOB LOCATION: CHICAGO, IL

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITE RATE*

*THANK YOU*

Tax Number: 22-3779684

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 939.08 |
| Paid: | $ 0.00 |
| **Balance Due :** | **$ 939.08** |
| **Payment Due:** | **07/05/2009** |
| After 07/20/2009 Pay This Amount: | $ 1,032.99 |

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ54985
Invoice Date: 06/05/2009
Balance: $ 939.08
Due Date: 07/05/2009
Late Date: 07/20/2009
Late Amount: $ 1,032.99

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized _____

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059  0000054985  06052009  3  000093908  5  07052009  07202009  9  000103299  82

 **ESQUIRE**

Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ55018

| Invoice Date | Terms |
|---|---|
| 06/05/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
SUITE 3400
321 NORTH CLARK STREET
CHICAGO, IL 60610

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/20/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 53802 | 06/01/2009 | F-P-O |

| Description |
|---|

Copy Transcript of STEPHEN SMITH

*Attorney is responsible for payment of all charges incurred, not their client.*
*Payment due in 30 days*
*JOB LOCATION: CHICAGO, IL*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 6-DAY EXPEDITE RATE*

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,113.03 |
| Paid: | $ 0.00 |
| Balance Due: | $ 1,113.03 |
| Payment Due: | 07/05/2009 |

After 07/20/2009 Pay This Amount: $ 1,224.33

Tax Number:  22-3779684

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ55018
Invoice Date: 06/05/2009
Balance: $ 1,113.03
Due Date: 07/05/2009
Late Date: 07/20/2009
Late Amount: $ 1,224.33

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

| | | | | | | | | | | | | | | | |   | | | |

Credit Card Number                                                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

059 0000055018 06052009 9 000111303 4 07052009 07202009 9 000122433 09



Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ62798

| Invoice Date | Terms |
|---|---|
| 06/30/2009 | NET 30 |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 55320 | 06/02/2009 | F-P-O |

| Description | Amount |
|---|---|
| Copy Transcript of STEPHEN SMITH | |
| | $ 0.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| COPY OF TRANSCRIPT - VIDEO | $ 903.80 |
| EXHIBITS | $ 63.75 |
| VIDEO | $ 50.00 |
| LITIGATION SUPPORT CD-ROM | $ 20.00 |
| ROUGH DISK | $ 280.80 |
| | $ 1,318.35 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 22-3779664

### Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ62798
Invoice Date: 06/30/2009
Balance: $ 1,350.55
Due Date: 08/01/2009
Late Date: 08/16/2009
Late Amount: $ 1,485.61

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number                     Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059 0000062798 06302009 9 000135055 9 08012009 08162009 6 000148561 80



ESQUIRE
Esquire - Washington DC
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

ESQUIRE
an Alexander Gallo Company

Telephone (202) 429-0014
Toll Free (800) 441-3376
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # EQ62798

| Invoice Date | Terms |
|---|---|
| 06/30/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ROBERT UNIKEL ,ESQ.
HOWREY LLP
1299 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20004

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/21/2009 | PEQUIGNOT, MATTHEW A. vs. SOLO CUP | 55320 | 06/02/2009 | F-P-O |

| Description | Amount |
|---|---|
| DELIVERY - OTHER | $ 32.20 |
| | $ 32.20 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*4-DAY EXPEDITE RATE*

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,350.55 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,350.55 |
| Payment Due: | 08/01/2009 |
| After 08/16/2009 Pay This Amount: | $ 1,485.61 |

Tax Number: 22-3779684

## Method of Payment

Company: Esquire - Washington DC
Invoice Number: EQ62798
Invoice Date: 06/30/2009
Balance: $ 1,350.55
Due Date: 08/01/2009
Late Date: 08/16/2009
Late Amount: $ 1,485.61

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

059 0000062798 06302009 9 000135055 9 08012009 08162009 6 000148561 80

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006203
Cashier ID: fcansler
Transaction Date: 01/24/2008
Payer Name: TROUTMAN SANDERS LLP
-----------------------------------
PRO HOC VICE
  For: TROUTMAN SANDERS LLP
  Case/Party: D-VAE-1-08-CR-PROHAC-001
  Amount:      $150.00
-----------------------------------
CHECK
  Check/Money Order Num: 435595
  Amt Tendered: $130.00
-----------------------------------
Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00

07-CV-897


LAURA LYDIGSEN

JASON CHRISTOPHER WHITE

JAMES R SOBIERAJ
```

```
Court Name: EASTERN DISTRICT OF VIRGINIA
Division: 1
Receipt Number: 100006375
Cashier ID: fcansler
Transaction Date: 02/01/2008
Payer Name: TROUTMAN SANDERS LLP

PRO HAC VICE
  For: TROUTMAN SANDERS LLP
  Case/Party: D-VAE-1-08-CR-PROHAC-001
  Amount:      $50.00

CHECK
  Check/Money Order Num: 436992
  Amt Tendered: $50.00

Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

07-CV-897  PROHAC


DOUGLAS H EVELEIGH
```

```
Court Name: United States District Court
Division: 1
Receipt Number: 14683006382
Cashier ID: rbroaden
Transaction Date: 06/03/2009
Payer Name: ROBERT UNIKEL
----------------------------------------
PRO HAC VICE
 For: ROBERT UNIKEL
 Case/Party: D-VAE-1-09-CR-PROHAC-001
 Amount:        $50.00
----------------------------------------
CHECK
 Remitter: TROUTMAN SANDERS
 Check/Money Order Num: 476683
 Amt Tendered:  $50.00
----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

PRO HAC VICE
107CV897
ROBERT UNIKEL
```

FAX COVERSHEET - - - - - - - - - - PAGE __1__ OF __2__

**Since 1967**

**Notaries**

**McCoy Court Reporting Associates**
**8120 Little River Turnpike**
**Annandale, Virginia 22003**
**Phone:   (703) 280-4422**
**Fax:   (703) 280-2077**

**E-mail:  McCoyRptg@aol.com**

**DATE:**

Mar. 5, 2008

**TO:**

Mary Zinsner, Esq.
Troutman Sanders LLP
McLean, VA

*Attention : Paige*

**FAX NO.:**

703.734.4340

**RE:**

TRANSCRIPT:  M. PEQUIGNOT VS. SOLO CUPS CO.
INV. NO. 2008-0170

---

**MEMO:**

Enclosed please find my bill . The transcript that you

ordered has been transcribed. I plan to deliver the transcript

around noon time tomorrow and at the the same time pick up the

the check for $157.60.

Please give me a call if you have any question.

Best regards,

*Mrs. McCoy*

**(If all pages not received, please call us at: 703-280-4422.)**

page 1

Since 1967                                        Notaries

# McCoy Court Reporting Associates



**8120 Little River Turnpike**
**Annandale, VA. 22003**
Phone: (703)280-4422
Fax: (703)280-2077
e-mail: MoCoyRptg@aol.com



NCRA
Guardians of the Record

(Tax ID 54-1044765)

**To:**  MARY ZINSNER, ESQ.
TROUTMAN SANDERS LLP
TYSON CORNER
1660 INTERNATIONAL DRIVE, Suite 600
McLEAN, VA 22102-3805
703.734.4363
Fax 734.4340

**Re:**  MATTHEW A. PEQUIGNOT vs. SOLO CUP CO.    Case No. 1:07CV897
U.S. DISTRICT COURT, ALEXANDRIA
Taken on: Feb. 22, 2008 before JUDGE BRINKEMA    Reporter: S. Cox

---

**Date:** Mar. 5, 2008                    **Invoice No.:** 2008-0170tx

(Terms: Payment in full upon completion of services/transcript. Attorney ordering same is responsible for payment. Late charge of 2½% per month after thirty days. If payment not received within reasonable time, costs for collection will be assessed. Thank you.)

ORIGINAL & 1 COPY OF ABOVE-PROCEEDINGS – – – – – – –    $149.60

DELIVERY FEE – – – – – – – – – – – – – – – – – –    $  8.00

TOTAL AMOUNT DUE –    $157.60

PLEASE NOTE:  ORIGINAL WILL BE FILED WITH THE COURT BY THE REPORTER.

"*Thank You*"

P.S.: If you have any questions to this invoice or information contained hereon, please notify us immediately; otherwise, we shall assume that everything is correct as stated.

TROUTMAN SANDERS LLP      Vendor No.  16690  - McCoy Court Reporting Associates      Check No.440004

Check Desc:    Transcript of 2/22/08 court proceedings

| Inv # | Inv. Date | Description | Gross | Discount | Net |
|-------|-----------|-------------|-------|----------|-----|
| 2008170 | 3/5/2008 | | $157.60 | | $157.60 |
| | | PAYEE: McCoy Court Reporting Associates; REQUEST#: 214265; DATE: 3/5/2008. - Transcript of 2/22/08 court proceedings | | | 157.60 |
| | | Totals | $157.60 | | $157.60 |



SAFEGUARD

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

# TROUTMAN SANDERS LLP

Wachovia, N.A.
Valdosta, Georgia

ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E., SUITE 5200
ATLANTA, GEORGIA 30308-2216
Email: acctspayable@troutmansanders.com

No. 440004

64-975/612

Date
03/05/2008

6

PAY    *One hundred fifty-seven and 60/100 DOLLARS*

$157.60

TWO SIGNATURES REQUIRED OVER $1000.00
VOID AFTER 90 DAYS

TO THE    **McCoy Court Reporting Associates**
ORDER    8120 Little River Turnpike
OF    Annandale, VA 22003

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PLACE HERE & HEAT IMAGE DISAPPEARS WITH HEAT.

⑈440004⑈ ⑆061209756⑆ 2079900030⑈⑈ ⑈

TROUTMAN SANDERS LLP          Vendor No.   12110   – Clerk U.S. District Court          Check No. 475869

Check Desc:

| Inv # | Inv. Date | Description | Gross | Discount | Net |
|-------|-----------|-------------|-------|----------|-----|
| | | | $52.00 | | $52.00 |
| 051909 | 5/19/2009 | | | | 52.00 |
| | PAYEE: Clerk U.S. District Court; REQUEST#: 265832; DATE: 5/19/2009. CD Request order for hearing on May 13 and May 15, 2009 | | | | |
| | | Totals | $52.00 | – | $52.00 |

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW

No.  475869

84-975/612

Wachovia, N.A.
Valdosta, Georgia

A LIMITED LIABILITY PARTNERSHIP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET, N.E.- SUITE 5200
ATLANTA, GEORGIA 30308-2216
Email: acctspayable@troutmansanders.com

Date
05/19/2009

$52.00

PAY    VOID

TWO SIGNATURES REQUIRED OVER $1000.00
VOID AFTER 90 DAYS

TO THE    Clerk U.S. District Court
ORDER
OF

GAO 436
(Rev. 12/04)

Administrative Office of the United States Courts

**CD/TAPE ORDER**

Contact:
Paige Holleran
(703) 734-4355

*Read Instructions on Next Page.*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Mary C. Zinsner | (703) 734-4363 | |

| 4. MAILING ADDRESS Troutman Sanders LLP 1660 International Dr. Ste. 600 | 5. CITY McLean | 6. STATE VA | 7. ZIP CODE 22102 |
|---|---|---|---|

| 8. CASE NUMBER 1:07cv897 | 9. CASE NAME Physiotherapy Assoc v. Solo Company | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 05/13/09 | 11. TO 05/15/09 |

| 12. PRESIDING JUDGE Buchanan | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Alexandria | 14. STATE VA |

**15. ORDER FOR**

☐ APPEAL
☐ NON-APPEAL
☐ CRIMINAL
☐ CIVIL
☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS
☐ BANKRUPTCY
☐ OTHER (Specify)

**16. TAPE REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which duplicate cd/tape(s) are requested.)

| PORTION (S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☐ OTHER (Specify) | |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ REFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 1-7/8 INCHES PER SECOND | | |
| ☐ UNREFORMATTED DUPLICATE TAPE(S) FOR PLAYBACK ON A 4-TRACK CASSETTE RECORDER AT 15/16 INCHES PER SECOND | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional) upon completion of the order.

| 18. SIGNATURE Mary C. Zinsner /PSH | 19. DATE 05/18/09 |
|---|---|
| PROCESSED BY | |

DISTRIBUTION:      COURT COPY      ORDER RECEIPT      ORDER COPY

AO44
(Rev. 11/97)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20090603

**MAKE CHECKS PAYABLE TO:**

Mary C. Zinsner
Troutman Sanders LLP
Suite 600
1660 International Drive
McLean, VA 22102

Phone: (703) 734-4363

Norman B. Linnell, RPR CM FCRR
Official Court Reporter
U.S. District Court - ED of VA
401 Courthouse Square - 7th Fl.
Alexandria, VA 22314-5798

Phone: (703) 549-4626

Tax ID: 41-2142426

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 05-21-2009 | DATE DELIVERED: 06-15-2009 |
|---|---|---|

**Case Style:** CA 07-CV-897, M. Pequignot v Solo Cup Co.

5/13&15/2009   Hearings before Mag. Judge T.C. Buchanan

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| | | | | | | | | | | 135.05 |
| Ordinary | 37 | 3.65 | 135.05 | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 135.05 |
| | LESS DISCOUNT FOR LATE DELIVERY |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| **Date Paid:** **Amt:** | TOTAL DUE: $135.05 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                         DATE

(All previous editions of this form are cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20090111

**MAKE CHECKS PAYABLE TO:**

Mary C. Zinsner, Esq.
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102

Phone: (703) 734-4363

*mary.zinsner@troutmansanders.com*

Anneliese J. Thomson, RDR, CRR
United States Court Reporter
United States District Court
401 Courthouse Square, 5th Flr.
Alexandria, VA 22314

Phone: (703) 299-8595
FAX (703) 299-8594
Tax ID: 56-2516880
*althomson@comcast.net*

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | 07-02-2009 | 07-02-2009 |

**Case Style:** 1:07CV897, Matthew A. Pequignot v Solo Cup Company
.pdf file of Judge Brinkema's bench ruling in 7-2-09 motions hearing.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 4 | 7.25 | 29.00 | | 1.20 | | | 0.90 | | 29.00 |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 29.00 |
| | LESS DISCOUNT FOR LATE DELIVERY |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| **Date Paid:** Amt: | TOTAL DUE: $29.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/ Anneliese J. Thomson* | DATE 07-02-2009 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20090112

**MAKE CHECKS PAYABLE TO:**

Mary C. Zinsner, Esq.
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102

Phone: (703) 734-4363

mary.zinsner@troutmansanders.com

Anneliese J. Thomson, RDR, CRR
United States Court Reporter
United States District Court
401 Courthouse Square, 5th Flr.
Alexandria, VA 22314

Phone: (703) 299-8595
FAX (703) 299-8594
Tax ID: 56-2516880
ajthomson@comcast.net

| | |
|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 07-02-2009    DATE DELIVERED: 07-03-2009 |

**Case Style:** 1:07CV897, Matthew A. Pequignot v Solo Cup Company
.pdf file of 7-2-09 motions hearing before the Hon. Leonie M. Brinkema.

NOT BILLED for pp. 31-33, which were previously ordered.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 30 | 6.05 | 181.50 | | 1.20 | | | 0.90 | | 181.50 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.

MISC. CHARGES:

| | |
|---|---|
| TOTAL: | 181.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:          Amt:          TOTAL DUE: | $181.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/ Anneliese J. Thomson* | DATE 07-03-2009 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 20090020

### MAKE CHECKS PAYABLE TO:

Mary C. Zinsner, Esq.
Troutman Sanders LLP
1660 International Drive
Suite 600
McLean, VA 22102

Phone: (703) 734-4363

*mary.zinsner@troutmansanders.com*

Anneliese J. Thomson, RDR, CRR
United States Court Reporter
United States District Court
401 Courthouse Square, 5th Flr.
Alexandria, VA 22314

Phone: (703) 299-8595
FAX: (703) 299-8594
Tax ID: 56-2516880
*ajthomson@comcast.net*

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-30-2009 | DATE DELIVERED: 02-02-2009 |
|---|---|---|---|

**Case Style:** 1:07CV897, Matthew A. Pequignot v Solo Cup Company
pdf file of 1-30-09 hearing transcript before the Hon. Leonie M. Brinkema.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 36 | 6.05 | 217.80 | | 1.20 | | | 0.90 | | 217.80 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 217.80 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

| Date Paid: | Amt: | TOTAL DUE: | $217.80 |
|---|---|---|---|

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/ Anneliese J. Thomson | DATE 07-06-2009 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*