IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MATTHEW A. PEQUIGNOT,     )
                          )
     Plaintiff,           )
                          )
v.                        )   1:07cv897 (LMB/TCB)
                          )
SOLO CUP COMPANY,         )
                          )
     Defendant.           )

## ORDER

Defendant has filed a revised Bill of Costs [239], requesting $5,551.70 in total costs pursuant to Fed.R.Civ.P. 54(d), Local Rule 54(D), and 28 U.S.C. § 1920. The Court finds that these costs accurately respond to the Order of this Court [234] and to plaintiff's objections [238][1]. Accordingly, it is hereby

ORDERED that defendant be and is awarded costs of $5,551.70, and it is further

ORDERED that plaintiff's request that the execution of the award be stayed without interest pending appeal be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of November, 2009.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] Plaintiff's argument that no costs should be awarded because of defendant's filing of inaccurate or excessive expenses is without merit. Therefore, his request that defendant be awarded only $250.00, for its *pro hac vice* fees, is DENIED.