148

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

FILED
SEP 27 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Form 24

FORM 24. Bill of Costs

Docket No(s): A: 2009-1547                    Caption: B: Matthew A. Pequignot v. Solo Cup Company

The Clerk is requested to tax the following costs against: C: Matthew A. Pequignot

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | D: | | | |
| Table of Designated Materials (original) | xxxxx | E: | F: | | 6.00 | |
| Table of Compilation of Designated Materials (copying and collating) | G: | H: | | | 0.08 | |
| Brief (original) | xxxxx | E: 73 | | | 6.00 | 438.00 |
| Brief (cover and binding) | G: 16 | xxxxx | | | 2.00 | 32.00 |
| Brief (copying and collating) | G: 16 | H: 73 | | | 0.08 | 93.44 |
| Appendix (original - table of contents) | xxxxx | E: | | | 6.00 | |
| Appendix (covers and binding) | G: | xxxxx | | | 2.00 | |
| Appendix (copying and collating) | G: | H: | | | 0.08 | |
| Reply Brief (original) | xxxxx | E: | | | 6.00 | |
| Reply Brief (covers and binding) | G: | xxxxx | | | 2.00 | |
| Reply Brief (copying and collating) | G: | H: | | | 0.08 | |
| Other (describe): | I: | J: | | | | |
| GRAND TOTALS | | | | | 563.44 | 563.44 |

9/23/10

City/County of  Washington                              ) District/State of  Columbia                              ) SS

I, K:  William K. West, Jr.                              , swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature]                    Date: June 21, 2010       Attorney for: L: Solo Cup Company

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 22 2010

JAN HORBALY
CLERK

## CERTIFICATE OF SERVICE

I hereby certify that I have caused two true and correct copies of DEFENDANT-APPELLEE SOLO CUP COMPANY'S BILL OF COSTS to be served on this 22nd day of June 2010, by Federal Express to the following:

>Carl S. Kravitz
>Ellen D. Marcus
>Jane M. Ricci
>ZUCKERMAN SPAEDER LLP
>1800 M Street, NW-Suite 1000
>Washington, DC 20036
>P: 202.778.1800  F: 202.822.8106
>
>Attorneys for Plaintiff-Appellant
>MATTHEW A. PEQUIGNOT

*[signature]*